# Exhibit "B"

 

eportaluser

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 132025CA00223601GE01 [2025-002236-CA-01] | 02/10/2025 | | MIAMI-DADE | Discrimination - Employment or Other | Open | No | Yes |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| EIG, SPENCER | JUDGE | | |
| Jason S Remer | ATTORNEY | | |
| Smith, Karlene Kidd | PLAINTIFF | REMER, JASON S | 165580 |
| Lennar Corporation | DEFENDANT | | |

## Dockets

Page : 1   ALL ⌄

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 10 | 03/03/2025 | Motion for Extension of Time<br><br>Party: Lennar Corporation | 2 |
| 📄 | 9 | 03/03/2025 | Notice of Appearance<br><br>Party: Michael R Esposito (esq); Lennar Corporation | 2 |
| | 8 | 02/12/2025 | Receipt:<br> Receipt#:3180218           Amt Paid:$10.00<br>Comment:<br>Allocation Code      Quantity      Unit     Amount<br>3139-Summons Issue Fee    1      $10.00         $10.00<br>Tender Type:eFilings           Tender Amt:$10.00<br>Receipt Date:02/12/2025<br>Register#:318           Cashier:EFilingUser<br>EFiling #:216483937 | |
| | 7 | 02/12/2025 | Receipt:<br> Receipt#:3180088           Amt Paid:$401.00<br>Comment:<br>Allocation Code      Quantity      Unit     Amount<br>3100-Circuit Filing Fee    1      $401.00         $401.00<br>Tender Type:eFilings           Tender Amt:$401.00<br>Receipt Date:02/12/2025<br>Register#:318           Cashier:EFilingUser<br>EFiling #:216418428 | |
| | 5 | 02/11/2025 | Electronic Summons Email Notification Sent<br> Jason S Remer | |
| 📄 | 4 | 02/11/2025 | ESummons 20 Day Issued<br> Re: Index # 3.<br>Party: Lennar Corporation | 1 |
| 📄 | 3 | 02/11/2025 | (M) 20 Day (C) Summons (Sub) Received | 1 |
| 📄 | 2 | 02/10/2025 | Complaint | 6 |
| 📄 | 1 | 02/10/2025 | Civil Cover Sheet - Claim Amount<br><br>Amount: 75001.00 | 3 |

## Judge Assignment History

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 02/10/2025 | - | Eig, Spencer | |

## Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

## Financial Summary

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $411.00 | Paid to Date: $411.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

| Financial Details | | | | | |
|---|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
| | $411.00 | $411.00 | $0.00 | $0.00 | - |

This information reflects the financial obligations shown on the Florida Comprehensive Case Information System (CCIS) for THIS CASE ONLY. For the current balances of your financial obligations, you should contact the Clerk of the Court in the county where the financial obligation was imposed. Nothing in CCIS alters any financial obligation imposed by a court.

## Reopen History

| Reopen Date | Reopen Close Date | Reopen Reason |
|---|---|---|
| No records found. | | |