# Exhibit "D"

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

KARLENE KIDD SMITH and other similarly
situated,

       Plaintiff,

v.

LENNAR CORPORATION,

       Defendant.

_____/

CASE NO.: 2025-002236-CA-01

## NOTICE OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE**, that on March 13, 2025, Defendant, LENNAR CORPORATION ("Defendant"), through its undersigned counsel, filed a Notice of Removal in the Unites States District Court for the Southern District of Florida pursuant to 28 U.S.C. §§ 1331 and 1441. A copy of the Notice of Removal filed in the United States District Court for the Southern District of Florida is attached as **Composite Exhibit 1** and made a part of this Notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, the filing of the Notice of Removal in the United States District Court for the Southern District of Florida, together with the filing of the attached copy thereof in this Court, effects the removal of this action and this Court may proceed no further unless and until the action is remanded.

Dated: <u>March 13, 2025</u>

Respectfully submitted,

**BLANK ROME LLP**
100 S. Ashley Drive, Suite 600
Tampa, FL 33602
Telephone: 813.255.2324
Facsimile: 813.433.5352
E-Service: BRFLeservice@BlankRome.com

*/s/Michael R. Esposito*
MICHAEL R. ESPOSITO
Florida Bar No. 37457

154001.00030/153457729v.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 13, 2025, with the Clerk of the Circuit Court using the Florida Courts e-filing eportal and served by an automatic email generated by the Florida Courts e-filing portal and to: Jason S. Remer, Esq., Remer, Georges-Pierre & Hoogerwoerd, PLLC, 2745 Ponce de Leon Blvd., Coral Gables, Florida 33134 (jremer@rgph.law).

*/s/Michael R. Esposito*
MICHAEL R. ESPOSITO
Florida Bar No. 37457

154001.00030/153457729v.1