**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-21198-CIV-DAMIAN**

**KARLENE KIDD SMITH**,
*and others similarly situated*,

       Plaintiff,

v.

**LENNAR CORPORATION**,

       Defendant.

_____/

**ORDER GRANTING DEFENDANT'S AGREED MOTION TO COMPEL**
**ALTERNATIVE DISPUTE RESOLUTION AND STAY ACTION**

**THIS CAUSE** came before the Court on Defendant, Lennar Corporation's, Motion to Compel Alternative Dispute Resolution and Stay Action, filed March 24, 2025 [ECF No. 6 (the "Motion")], and Notice of Filing Proposed Order, filed March 27, 2025 [ECF No. 8], which indicates the relief sought in the Motion is agreed. Being fully advised that Plaintiff agrees to the relief being sought in the Motion, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant Lennar Corporation's Motion to Compel Alternative Dispute Resolution and Stay Action **[ECF No. 6]** is **GRANTED**.

2. The parties are **DIRECTED** to submit to mediation and, if necessary, binding arbitration as provided in the controlling agreement.

3. This case is **STAYED** pending completion of mediation and, if necessary, binding arbitration.

4. The parties must immediately notify the Court upon conclusion of the mediation and, if necessary, the binding arbitration proceeding.

5.      The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this matter. Any pending deadlines are **STAYED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 28th day of March, 2025.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**